FINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | 2:24-cr-20043-JPM-tmp |
| ) | |
| AUSTIN LINEBACK, ) | |
| ) | |
| Defendant. ) | |

**VERDICT FORM**

We, the jury, on the charges in the indictment for our verdict say:

1. We find the defendant, AUSTIN LINEBACK, as to Count 1, as to the charge of knowingly possessing and knowingly attempting to possess material that contained an image of child pornography, _Guilty_.

   (Guilty)   or   (Not guilty)

FILED IN OPEN COURT
DATE: 1/7/2025
TIME: 5:00 pm
INITIALS: JRS

01/07/2025                              Eleanor Forrester
DATE                                    PRESIDING JUROR